FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

DEC 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW BRACH, an individual; JESSE PETRILLA, an individual; LACEE BEAULIEU, an individual; ERICA SEPHTON, an individual; KENNETH FLEMING, an individual; JOHN ZIEGLER, an individual; ALISON WALSH, an individual; ROGER HACKETT, an individual; CHRISTINE RUIZ, an individual; Z. R., a minor; ADE ONIBOKUN, an individual; BRIAN HAWKINS, an individual; TIFFANY MITROWKE, an individual; MARIANNA BEMA; ASHLEY RAMIREZ, an individual, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California; ROB BONTA, in his official capacity as the Attorney General of California; TOMAS ARAGON, in his official capacity as the State Public Health Officer and Department of Public Health Director; TONY THURMOND, in his official capacity as State Superintendent of Public Instruction and Director of Education, <br><br> Defendants-Appellees. | No.  20-56291 <br><br> D.C. No. 2:20-cv-06472-SVW-AFM Central District of California, Los Angeles <br><br> **ORDER** |

.

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.